# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>XOLA INVESTMENTS LLC, a California limited liability company<br><br>Defendant. | Case No: 5:24-cv-01407-JGB-SHK<br><br>**ORDER** |

Pursuant to Stipulation by the Parties, this case is now settled. This matter is Dismissed with Prejudice; each party shall bear their own attorney fees, costs, and expenses.

IT IS ORDERED.

Dated: June 23, 2025

_____
Jesus G. Bernal, U.S. District Judge

[PROPOSED] ORDER